UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**Jason Boudreau**
    **Plaintiff**

      **V.**

**Steve Lussier, et al.,**
    **Defendants**

C.A. No. 17-90-WES

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the Defendants, Steve Lussier, et al., and against Plaintiff, Jason Boudreau, pursuant to the Memorandum and Order dated July 30, 2018, GRANTING Motions for Summary Judgment (ECF Nos. 35, 41), and ADOPTING the Report and Recommendation of Magistrate Judge Lincoln D. Almond (ECF No. 83).**

                                    **Enter**:

                                    /s/ Nissheneyra D. Urizandi
                                    **Deputy Clerk**

**DATED: July 30, 2018**